**SO ORDERED.**
**SIGNED this 13th day of December, 2012**

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| IN RE: | ) | |
|---|---|---|
| Lisa Diane Wilson | ) | Case No. 11-35662 |
| Debtors | ) | Chapter 13 |

## ORDER DISMISSING CHAPTER 13 CASE
## AND DIRECTING DISTRIBUTION OF FUNDS

**ORDER DISMISSING CHAPTER 13 CASE UPON REQUEST OF DEBTOR(S)**

The debtor(s) having filed a motion to dismiss this case pursuant to 11 U.S.C. § 1307(b), and the case having not been previously converted under 11 U.S.C. §§ 706, 1112, or 1208, the court directs the following:

1. The motion to dismiss is granted and this case is dismissed.

2. Any wage order previously entered by this court is vacated, and the employer or other entity must cease withholding income for payment to the trustee.

3. If an order confirming a plan has been entered, the chapter 13 trustee is directed to disburse the balance of funds on hand in conformance with that plan. Otherwise, the chapter 13 trustee is directed to return those funds to the debtor(s) after payment of administrative expenses, including the filing fee as required by E.D. Tenn. LBR 5080-1

###

Prepared by:


/s/ Cynthia T. Lawson
Cynthia T. Lawson,  #018397
Attorney for Debtor
Bond, Botes & Lawson, PC
6704 Watermour Way
Knoxville, TN 37912
(865)938-0733
(865)938-7931
cynthialawson@bbllawgroup.com